UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Paula D. Huntley and Jeroleum A. Biggs, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Merchants & Medical Credit Corporation,

Defendant.

Docket No: 2:17-cv-00286-JFB-SIL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 14 2018 ★

LONG ISLAND OFFICE

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: November 12, 2018

**STADLEY RONON STEVENS & YOUNG, LLP**

By: /s Matthew Johnson
Matthew Johnson, Esq.
100 Park Avenue, Suite 2000
New York, New York 10017
Tel: (212) 812-4124

**VARNUM LLP**

By: /s/ Charity A. Olson
Charity A. Olson, Esq.
300 N. 5th Ave., Suite 230
Ann Arbor, Michigan 48104
Tel: (734) 372-2914
Fax: (734) 372-2940
caolson@varnumlaw.com
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s David M. Barshay
David M. Barshay, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *jcader@sanderslawpllc.com*
Our File No: 111612
*Attorneys for Plaintiff*

The Clerk of Court shall close the case.

SO ORDERED

Joseph Bianco
Joseph F. Bianco
USDJ

Date. Nov. 14 2018

Central Islip, N.Y.

# 3716766 v.1